IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              CR NO. 1:04-10091-01-T

JUSTIN MCCOMIC

### ORDER TO SURRENDER

Defendant, Justin McComic, #19909-076, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court to report to the designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of Prisons by reporting to: Manchester FCI SCP, P. O. Box 3000, Manchester, KY 40962 (Telephone #606-598-1900) no later than 12:00 Noon on Tuesday, May 31, 2005.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 28 April 2005

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

_____                              _____
Date                                              Defendant Signature

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/2/05

36

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CR-10091 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Justin McComic
231 Blackberry Hill
Lexington, TN 38351

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT