IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____D.C.

**05 JUN -6 AM 9: 38**

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

      Case No. 1:04cr10091-1

JUSTIN MCCOMIC

      Defendant.

---

## ORDER REFUNDING CASH APPEARANCE BOND

---

This matter comes before the Court on a motion for refund of the cash appearance bond.  It now appears

that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the ( $10,000/10%= $1000.00)appearance bond (receipt  J27743 )

for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum

of $1000.00,  payable to: Melba Mills, 130 Lakewood Drive, Lexington, TN 38351;  in full refund of the cash

appearance bond posted herein.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 6 June 2005

Approved:

ROBERT R. DI TROLIO, CLERK OF COURT

BY: C. Herd

      Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6/6/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:04-CR-10091 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT